Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400



# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: HALVORSEN PLASTICS, INC. | Case No. 09-54287-ASW<br>Chapter 7 |
|---|---|
| Debtor(s) | **NOTICE OF UNCLAIMED DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPCY COURT:

　　　　Pursuant to Federal Rule 3011, the trustee in the above captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address<br>of Claimant | Claim<br>Amount | Dividend<br>Amount |
|---|---|---|---|
| 9 | Wells Fargo Bank, N.A.<br>MAC S4101-08C<br>100 W. Washington St., Phoenix, AZ 85003 | $14,770.04 | $1628.84 |

Dated: August 11, 2011

_____ MOHAMED POONJA, TRUSTEE